UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
APR 23 2025
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | **4:25CR214 HEA/JSD** |
| vs. ) | |
| ) | |
| EYDER BUENO FRANCIA, ) | |
| ) | |
| Defendant. ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, by Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, through Derek J. Wiseman, Assistant United States Attorney for said District, and informs the Court that the Defendant is to be tried in the above cause, and that he is to appear before a United States Magistrate Judge for the Eastern District of Missouri, forthwith, for an Initial Appearance, and at any other times and dates. Defendant is currently confined in the **MACOMB COUNTY JAIL, 43565 ELIZABETH RD, MT CLEMENS, MI 48043**, in the custody of the Superintendent.

WHEREFORE, your petitioner prays this Court to issue a writ of habeas corpus ad prosequendum directing the Superintendent to deliver the Defendant to the United States Marshal for removal of Defendant from such institution and custody, and bring him before a United States Magistrate Judge for the above proceedings; and upon completion of such proceedings to return the Defendant to the custody of the Superintendent.

SAYLER A. FLEMING
United States Attorney

*/s/ Derek J. Wiseman*
DEREK J. WISEMAN #67257MO
Assistant United States Attorney

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Eastern Division of the | ) |
| Eastern District of Missouri | ) |

I, Derek J. Wiseman, declare under penalty of perjury, pursuant to Title 28, United States Code, Section 1746, that the foregoing Application for Writ of Habeas Corpus Ad Prosequendum is based upon statements furnished to me and that the contents therein are true and correct to the best of my knowledge and belief.

/s/ *Derek J. Wiseman*
DEREK J. WISEMAN #67257MO
Assistant United States Attorney

TO THE CLERK OF THE DISTRICT COURT:

You are hereby ordered to issue the Writ of Habeas Corpus Ad Prosequendum as prayed for in the foregoing application.

_____
UNITED STATES MAGISTRATE JUDGE
04/23/2025